No. 970, Misc.   FIELDS v. NEW YORK.   Sup. Ct. N. Y., Queens County.   Certiorari denied.

No. 971, Misc.   CANO v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 974, Misc.   TARALLO v. NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 976, Misc.   SWITZER v. HALBERT, U. S. DISTRICT JUDGE.   C. A. 9th Cir.   Certiorari denied.

No. 981, Misc.   HOWARD v. RHAY, PENITENTIARY SUPERINTENDENT, ET AL.   Sup. Ct. Wash.   Certiorari denied.

No. 982, Misc.   GREAR v. OHIO.   Sup. Ct. Ohio. Certiorari denied.

No. 985, Misc.   HORSLEY v. SIMPSON, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 986, Misc.   STEVENS v. WARDEN, MARYLAND PENITENTIARY.   C. A. 4th Cir.   Certiorari denied.

No. 997, Misc.   STEPPE v. FLORIDA.   Sup. Ct. Fla. Certiorari denied.

No. 923, Misc.   BALLOU v. MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *F. Lee Bailey* for petitioner.   *Edward W. Brooke,* Attorney General of Massachusetts, and *Willie J. Davis,* Assistant Attorney General, for respondent.